# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stampelos, Charles A. | U.S. District Court, Northern District of Florida | 4/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge (full-time) | ☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>04/02/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
111 North Adams Street
Tallahassee, Florida 32301-7717

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | State of Florida Retirement - Health Insurance Subsidy (HIS) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2019 | State of Florida Retirement - HIS | $1,009.80 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Synovus (f/k/a Tallahassee State Bank) (cash accounts) | A | Interest | L | T | | | | | |
| 2.  Bank of America (cash accounts) | A | Interest | K | T | | | | | |
| 3.  Envision CreditUnion (cash account) | A | Interest | J | T | | | | | |
| 4.  Nationwide (St of Fl. Def.Comp.) NRS Fla. Fixed Fund #1 | E | Interest | O | T | | | | | |
| 5.  TRowePrice (TRP) (IRA) (H) | | | | | | | | | |
| 6.  - ELOXX Pharm. Inc. Com ELOX | | None | | | Sold | 10/02/19 | J | | |
| 7.  - Mitek | | None | K | T | | | | | |
| 8.  - U.S. Treasury Money | A | Dividend | J | T | | | | | |
| 9.  Charles Schwab IRA Rollover #1 (H) | | | | | | | | | |
| 10.  Wheaton Precious Met (WPM) | A | Dividend | | | Sold | 01/31/19 | J | A | |
| 11.  IShares Gold ETF (IAU) | | None | J | T | | | | | |
| 12.  Schwab Val. Adv. (SWVXX) (MM non-sweep) | D | Dividend | N | T | Sold (part) | 01/31/19 | K | | |
| 13. | | | | | Sold (part) | 04/18/19 | J | | |
| 14. | | | | | Sold (part) | 04/18/19 | K | | |
| 15. | | | | | Sold (part) | 11/07/19 | K | | |
| 16.  Charles Schwab Reserves (SWSXX) (MM sweep) | A | Dividend | J | T | Sold (part) | 01/02/19 | J | | |
| 17. | | | | | Buy (add'l) | 01/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 01/10/19 | J | | |
| 19. | | | | | Buy (add'l) | 01/11/19 | J | | |
| 20. | | | | | Sold (part) | 01/14/19 | J | | |
| 21. | | | | | Buy (add'l) | 01/14/19 | J | | |
| 22. | | | | | Buy (add'l) | 01/15/19 | J | | |
| 23. | | | | | Buy (add'l) | 01/16/19 | J | | |
| 24. | | | | | Buy (add'l) | 01/24/19 | J | | |
| 25. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 26. | | | | | Sold (part) | 01/31/19 | J | | |
| 27. | | | | | Sold (part) | 02/04/19 | J | | |
| 28. | | | | | Buy (add'l) | 02/05/19 | J | | |
| 29. | | | | | Buy (add'l) | 02/07/19 | J | | |
| 30. | | | | | Sold (part) | 02/12/19 | J | | |
| 31. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 32. | | | | | Buy (add'l) | 02/22/19 | J | | |
| 33. | | | | | Buy (add'l) | 02/25/19 | J | | |
| 34. | | | | | Buy (add'l) | 03/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 36. | | | | | Buy<br>(add'l) | 03/12/19 | J | | |
| 37. | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 38. | | | | | Sold<br>(part) | 03/13/19 | J | | |
| 39. Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Buy<br>(add'l) | 01/15/19 | J | | |
| 40. | | | | | Buy<br>(add'l) | 02/05/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 02/08/19 | J | | |
| 42. | | | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 43. | | | | | Buy<br>(add'l) | 03/14/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 03/19/19 | J | | |
| 46. | | | | | Buy<br>(add'l) | 03/26/19 | J | | |
| 47. | | | | | Sold<br>(part) | 04/01/19 | J | | |
| 48. | | | | | Buy<br>(add'l) | 04/02/19 | J | | |
| 49. | | | | | Buy<br>(add'l) | 04/08/19 | J | | |
| 50. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 51. | | | | | Buy<br>(add'l) | 04/11/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 04/16/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 04/17/19 | J | | |
| 56. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 57. | | | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 58. | | | | | Sold<br>(part) | 04/23/19 | J | | |
| 59. | | | | | Buy<br>(add'l) | 04/25/19 | J | | |
| 60. | | | | | Buy<br>(add'l) | 04/26/19 | J | | |
| 61. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 62. | | | | | Buy<br>(add'l) | 05/02/19 | J | | |
| 63. | | | | | Buy<br>(add'l) | 05/06/19 | J | | |
| 64. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 05/09/19 | J | | |
| 66. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 67. | | | | | Buy<br>(add'l) | 05/16/19 | J | | |
| 68. | | | | | Buy<br>(add'l) | 05/21/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 05/28/19 | J | | |
| 70. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 71. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 72. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 06/10/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/12/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 77. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 78. | | | | | Buy<br>(add'l) | 06/24/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 80. | | | | | Sold<br>(part) | 07/01/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 07/02/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 83. | | | | | Buy<br>(add'l) | 07/10/19 | J | | |
| 84. | | | | | Buy<br>(add'l) | 07/11/19 | J | | |
| 85. | | | | | Buy<br>(add'l) | 07/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 87. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 88. | | | | | Sold (part) | 07/22/19 | J | | |
| 89. | | | | | Sold (part) | 07/24/19 | J | | |
| 90. | | | | | Buy (add'l) | 07/25/19 | J | | |
| 91. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 92. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 93. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 94. | | | | | Buy (add'l) | 08/13/19 | J | | |
| 95. | | | | | Buy (add'l) | 08/16/19 | J | | |
| 96. | | | | | Sold (part) | 08/23/19 | J | | |
| 97. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 98. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 99. | | | | | Buy (add'l) | 09/06/19 | J | | |
| 100. | | | | | Buy (add'l) | 09/10/19 | J | | |
| 101. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 102. | | | | | Buy (add'l) | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 09/16/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 09/23/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 106. | | | | | Sold<br>(part) | 10/01/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 09/02/19 | J | | |
| 108. | | | | | Buy<br>(add'l) | 10/08/19 | J | | |
| 109. | | | | | Buy<br>(add'l) | 10/09/19 | J | | |
| 110. | | | | | Buy<br>(add'l) | 10/10/19 | J | | |
| 111. | | | | | Buy<br>(add'l) | 10/11/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 10/15/19 | J | | |
| 113. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 114. | | | | | Buy<br>(add'l) | 10/17/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 116. | | | | | Buy<br>(add'l) | 10/25/19 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/01/19 | J | | |
| 118. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 11/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 122. | | | | | Sold<br>(part) | 11/12/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 11/18/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 11/19/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 12/02/19 | J | | |
| 126. | | | | | Buy<br>(add'l) | 12/03/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 12/06/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 130. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 131. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 132. | | | | | Buy<br>(add'l) | 12/23/19 | J | | |
| 133. | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 134. | | | | | Buy<br>(add'l) | 12/30/19 | J | | |
| 135. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 136. | | | | | Sold<br>(part) | 01/02/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 01/03/20 | J | | |
| 138. | | | | | Buy (add'l) | 01/10/20 | J | | |
| 139. | | | | | Buy (add'l) | 01/13/20 | J | | |
| 140. | | | | | Buy (add'l) | 01/16/20 | J | | |
| 141. | | | | | Buy (add'l) | 01/23/20 | J | | |
| 142. | | | | | Buy (add'l) | 01/24/20 | J | | |
| 143. | | | | | Buy (add'l) | 01/30/20 | J | | |
| 144. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 145. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 146. | | | | | Buy (add'l) | 02/04/19 | J | | |
| 147. | | | | | Buy (add'l) | 02/06/20 | J | | |
| 148. | | | | | Buy (add'l) | 02/10/20 | J | | |
| 149. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 150. | | | | | Buy (add'l) | 02/18/20 | J | | |
| 151. | | | | | Buy (add'l) | 02/19/19 | J | | |
| 152. | | | | | Buy (add'l) | 02/24/20 | J | | |
| 153. | | | | | Buy (add'l) | 03/03/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 03/05/20 | J | | |
| 155. | | | | | Buy (add'l) | 03/06/20 | J | | |
| 156. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 157. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 158. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 159. | | | | | Sold (part) | 03/23/20 | J | | |
| 160. | | | | | Sold (part) | 03/27/20 | J | | |
| 161. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 162. | | | | | Buy (add'l) | 03/31/20 | J | | |
| 163. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 164. | | | | | Sold (part) | 04/02/20 | J | | |
| 165. Thomas Partners, Div. of Charles Schwab #2 ETFs etc. (H) | | | | | | | | | |
| 166. SPDR Short Term Corp BND ETF (SPSB) | A | Dividend | | | Buy | 07/22/19 | J | | |
| 167. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 168. | | | | | Sold | 03/09/20 | J | A | |
| 169. Vanguard Total Bond Market ETF (BND) | A | Dividend | | | Buy | 04/18/19 | J | | |
| 170. | | | | | Sold | 07/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  IShares Short Term Corp BD ETF (IGSB) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 172. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 173. | | | | | Buy<br>(add'l) | 03/09/20 | J | | |
| 174. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 175.  SPDR Short Term Treasury ETF (SPTS) | A | Dividend | | | Buy | 07/22/19 | J | | |
| 176. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 177. | | | | | Sold | 03/09/20 | J | A | |
| 178.  SPDR Intermediate Term Corp Bond ETF (SPIB) | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 179. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 180. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 181.  IShares MBS ETF (MBB) | A | Dividend | K | T | Buy | 07/22/19 | K | | |
| 182. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 183. | | | | | Sold<br>(part) | 03/25/20 | J | A | |
| 184.  IShares Preferred Income Sec ETF (PFF) | A | Dividend | | | Sold | 07/22/19 | K | A | |
| 185.  IShares Short Term Muni Bond ETF (MUB) | | None | J | T | Buy | 03/09/20 | K | | |
| 186. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 187.  USAA Income Fund Inst (UIINX) | A | Dividend | | | Buy | 04/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 07/22/19 | J | A | |
| 189. ThomasPartners, Div of Charles Schwab #2 stocks (H) | | | | | | | | | |
| 190. MMM | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 191. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 192. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 193. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 194. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 195. T | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 196. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 197. | | | | | Sold (part) | 07/22/19 | J | A | |
| 198. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 199. ABT | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 200. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 201. | | | | | Sold (part) | 05/23/19 | J | A | |
| 202. | | | | | Sold (part) | 07/22/19 | J | A | |
| 203. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 204. | | | | | Sold (part) | 03/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  ACN | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 206. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 207. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 208.  MO | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 209. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 210. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 211. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 212. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 213.  AAPL | A | Dividend | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 214. | | | | | Sold<br>(part) | 04/18/19 | J | A | |
| 215. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 216. | | | | | Sold | 08/21/19 | J | A | |
| 217.  AJG | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 218. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 219. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 220. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 221.  ALC (spin-off and sold) | | None | | | Spinoff<br>(from line 350) | 04/10/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  AMLP | A | Dividend | | | Sold<br>(part) | 01/10/19 | J | | |
| 223. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 224. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 225. | | | | | Sold | 05/23/19 | J | | |
| 226.  TFC (formerly BBT) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 227. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 228. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 229. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 230.  BCE | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 231. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 232. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 233. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 235.  BDX | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 236. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 237. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 238. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. CMCSA | | None | J | T | Buy | 10/11/19 | J | | |
| 240. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 242. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 243. CVX | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 244. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 245. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 246. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 248. CSCO | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 249. | | | | | Sold<br>(part) | 04/18/19 | J | A | |
| 250. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 251. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 253. | | | | | Sold<br>(part) | 03/25/20 | J | | |
| 254. CL | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 255. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 07/22/19 | J | A | |
| 257. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 258. | | | | | Sold (part) | 03/25/20 | J | | |
| 259. CVS | A | Dividend | J | T | Sold (part) | 01/31/19 | J | | |
| 260. | | | | | Sold (part) | 01/31/19 | J | | |
| 261. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 262. | | | | | Sold (part) | 07/22/19 | J | | |
| 263. | | | | | Sold (part) | 03/25/20 | J | | |
| 264. DE | A | Dividend | | | Buy (add'l) | 01/31/19 | J | | |
| 265. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 266. | | | | | Sold (part) | 07/22/19 | J | | |
| 267. | | | | | Sold | 10/11/19 | J | A | |
| 268. DEO | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 269. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 270. | | | | | Sold (part) | 07/22/19 | J | A | |
| 271. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 272. | | | | | Buy (add'l) | 03/25/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  ES | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 274. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 275. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 276.  XOM | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 277. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 278. | | | | | Sold<br>(part) | 05/23/19 | J | | |
| 279. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 280. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 281. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 282. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 283.  GIS | A | Dividend | J | T | Buy | 01/10/19 | J | | |
| 284. | | | | | Buy<br>(add'l) | 01/11/19 | J | | |
| 285. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 286. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 287. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 288. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 289. | | | | | Sold<br>(part) | 03/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. GPC | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 291. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 292. | | | | | Sold<br>(part) | 07/22/19 | J | | |
| 293. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 294. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 295. IBM | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 296. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 297. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 298. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 299. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 300. ITW | A | Dividend | J | T | Buy<br>(add'l) | 01/10/19 | J | | |
| 301. | | | | | Buy<br>(add'l) | 01/31/19 | J | | |
| 302. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 303. INTC | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 304. | | | | | Sold<br>(part) | 04/18/19 | J | A | |
| 305. | | | | | Buy<br>(add'l) | 05/23/19 | J | | |
| 306. | | | | | Sold<br>(part) | 07/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 03/25/20 | J | | |
| 308. JPM | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 309. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 310. | | | | | Sold (part) | 07/22/19 | J | A | |
| 311. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 312. JNJ | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 313. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 314. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 315. | | | | | Sold (part) | 07/22/19 | J | | |
| 316. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 317. | | | | | Sold (part) | 03/25/20 | J | | |
| 318. KMI | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 319. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 320. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 321. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 322. | | | | | Sold (part) | 07/22/19 | J | A | |
| 323. | | | | | Buy (add'l) | 11/07/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 325. KTB (spin-off and sold) | | None | | | Spinoff (from line 427) | 05/24/19 | J | A | |
| 326. LEG | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 327. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 328. | | | | | Sold (part) | 07/22/19 | J | | |
| 329. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 330. LMT | A | Dividend | J | T | Buy (add'l) | 01/10/19 | J | | |
| 331. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 332. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 333. | | | | | Sold (part) | 07/22/19 | J | A | |
| 334. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 335. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 336. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 337. LOW | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 338. | | | | | Sold (part) | 07/22/19 | J | A | |
| 339. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 340. | | | | | Buy (add'l) | 03/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. MSFT | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 342. | | | | | Sold (part) | 07/22/19 | J | A | |
| 343. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 344. | | | | | Sold (part) | 03/25/20 | J | | |
| 345. NSRGF | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 346. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 347. | | | | | Sold (part) | 07/22/19 | J | A | |
| 348. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 349. | | | | | Sold (part) | 03/25/20 | J | | |
| 350. NVS | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 351. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 352. | | | | | Sold (part) | 07/22/19 | J | A | |
| 353. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 354. | | | | | Sold (part) | 03/25/20 | J | | |
| 355. OXY | A | Dividend | | | Buy (add'l) | 01/31/19 | J | | |
| 356. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 357. | | | | | Buy (add'l) | 05/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 07/22/19 | J | | |
| 359. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 360. | | | | | Sold | 03/11/20 | J | | |
| 361. OMC | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 362. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 363. | | | | | Sold (part) | 07/22/19 | J | | |
| 364. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 365. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 366. ORCL | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 367. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 368. | | | | | Sold (part) | 07/22/19 | J | A | |
| 369. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 370. | | | | | Sold (part) | 03/25/20 | J | | |
| 371. PH | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 372. | | | | | Sold (part) | 07/22/19 | J | A | |
| 373. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 374. PEE | | None | | | Sold | 01/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375.  PM | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 376. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 377. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 378. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 379. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 380.  PPG | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 381. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 382. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 383. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 384.  PG | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 385. | | | | | Buy<br>(add'l) | 04/18/19 | J | | |
| 386. | | | | | Sold<br>(part) | 07/22/19 | J | A | |
| 387. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 388. | | | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 389. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |
| 390.  RHHBY | | None | J | T | Buy | 03/19/20 | J | | |
| 391. | | | | | Buy<br>(add'l) | 03/25/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. RTN | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 393. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 394. | | | | | Sold (part) | 07/22/19 | J | A | |
| 395. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 396. SBUX | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 397. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 398. | | | | | Sold (part) | 07/22/19 | J | A | |
| 399. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 400. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 401. TXN | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 402. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 403. | | | | | Sold (part) | 07/22/19 | J | A | |
| 404. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 405. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 406. | | | | | Sold (part) | 03/25/20 | J | | |
| 407. TJX | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 408. | | | | | Buy (add'l) | 04/18/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stampelos, Charles A.** | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 410. | | | | | Buy (add'l) | 07/22/19 | J | | |
| 411. | | | | | Buy (add'l) | 08/21/19 | J | | |
| 412. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 413. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 414. KO | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 415. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 416. | | | | | Sold (part) | 07/22/19 | J | A | |
| 417. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 418. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 419. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 420. UTX (RTX-name change-04/03/20) | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 421. | | | | | Sold (part) | 07/22/19 | J | A | |
| 422. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 423. VZ | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 424. | | | | | Sold (part) | 07/22/19 | J | | |
| 425. | | | | | Buy (add'l) | 11/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 03/25/20 | J | | |
| 427. VFC | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 428. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 429. | | | | | Sold (part) | 07/22/19 | J | A | |
| 430. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 431. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 432. WMT | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 433. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 434. | | | | | Sold (part) | 07/22/19 | J | A | |
| 435. WSO | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 436. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 437. | | | | | Sold (part) | 07/22/19 | J | A | |
| 438. WFC | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 439. | | | | | Buy (add'l) | 02/08/19 | J | | |
| 440. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 441. | | | | | Sold (part) | 07/22/19 | J | | |
| 442. | | | | | Sold (part) | 03/25/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stampelos, Charles A. | 4/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 03/25/20 | J | | |
| 444.  WMB | A | Dividend | | | Buy (add'l) | 01/10/19 | J | | |
| 445. | | | | | Buy (add'l) | 01/31/19 | J | | |
| 446. | | | | | Buy (add'l) | 04/18/19 | J | | |
| 447. | | | | | Buy (add'l) | 05/23/19 | J | | |
| 448. | | | | | Sold (part) | 07/22/19 | J | | |
| 449. | | | | | Buy (add'l) | 11/07/19 | J | | |
| 450. | | | | | Sold (part) | 03/18/20 | J | | |
| 451. | | | | | Sold | 03/19/20 | J | | |
| 452. | | | | | | | | | |
| 453. | | | | | | | | | |
| 454. | | | | | | | | | |
| 455. | | | | | | | | | |
| 456. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

See section VII, 05/07/18 Report. The IRA with Charles Schwab noted on line 22 of the 2018 Report continued in 2018. In November 2018, a second IRA was created with ThomasPartners, a Division of Charles Schwab, when ThomasPartners purchased the stocks as noted in Part VII in lines 74-125.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles A. Stampelos**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544